EXHIBIT "A"

# Offender Grievance
## ROBBINS, MARQUISE ALI-GDC ID 1000413667

### Grievance No. 132578 – Status: FORWARDED TO INTERNAL INVESTIGATION

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| Facility Grievance Against: | **BALDWIN STATE PRISON** | Grievance Type: | **FORMAL** |
| Grievance Date: | **09/19/2012** | Form Received Date: | **09/24/2012** |
| Expedited Grievance: | **NO** | Grievance Category: | **SEXUAL HARASSMENT** |

Complaint/Resolution: **On this said date I was attacked and sexually assaulted by a gang of inmates. Before I was tortured and tied in the bathroom I proceeded to bang on the door and call for help. No officer came to my aid. Resolution: Honestly I dont know what can be done about this but the two officers who worked that day were Officer Carter and Officer Davis. If they would of done their job they would have prevented this.**

Click Here to Add a Person

Click Here to Link to an Incident Report

© 1998 - 2002 Georgia Department of Corrections

Send your system questions and recommendations to us

| | |
|---|---|
| INSTITUTION | GRIEVANCE NUMBER |
| DATE FORM ISSUED TO INMATE | BY |
| DATE COMPLETED FORM RECEIVED FROM INMATE | BY |
| DATE APPEAL RECEIVED | BY |

THIS FORM MUST BE COMPLETED IN BLUE OR BLACK INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: _On the nite of being Taped I Also Also Suffered aproximatly a nickle of damage. I was Taped also in the Bathing and was wating To wash off The soup and suds men. There was also Blood to the Bottel to the front if it. Altered for other Damage to the Bathroom._

RESOLUTION REQUESTED: _Concideredt That Needs To be Scalled wasbed_

_Marquise Collins_                                              _10 / 14 / 12_
INMATE'S SIGNATURE                                               DATE

Is this grievance being filed within the 5 day time limit? Please answer Yes or No. If the answer is No, please explain why.

_____

### WARDEN'S / SUPERINTENDENT'S RESPONSE

_10 / 15 / 12_
WARDEN RECEIVED DATE

According to Dr. Sloan I/M was sexually assaulted by a gang of I/M's. However, the charge could not be substantiated. Specialized Counseling for I/M has been made available All efforts are being made to keep this I/M safe. Therefore, this grievance should be closed.

_[signature]_                                         _10 / 15 / 2012_
WARDEN'S / SUPERINTENDENT'S SIGNATURE               DATE FORWARDED TO INMATE

☐ APPEALABLE      ☐ NOT APPEALABLE      ☐ SUSPEND PENDING INTERNAL INVESTIGATION

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE.

_Marquise Collins_    (REQUIRED)                      _10 / 17 / 12_
INMATE'S SIGNATURE                                    DATE

IF YOU APPEAL, RETURN THIS FORM AND THE APPEAL FORM TO YOUR COUNSELOR OR GRIEVANCE COORDINATOR, WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE WARDEN'S / SUPERINTENDENT'S RESPONSE.

### COMMISSIONER'S OFFICE, EXECUTIVE ASSISTANT'S RESPONSE

_____ / _____ / _____
EXECUTIVE ASSISTANT RECEIVED DATE




_____ / _____ / _____
EXECUTIVE ASSISTANT'S SIGNATURE          DATE FORWARDED TO INMATE

WHITE COPY - RETAINED BY INMATE AT COMPLETION OF PROCESS  CANARY COPY - RETURNED TO INMATE AT TIME OF APPEAL
PINK COPY - RETAINED BY WARDEN / SUPERINTENDENT AFTER RESPONSE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

INMATE'S NAME _Collins, Marquise_                     I.D.# _1000413665_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE. FORM NUMBER _143954_

DATE _10 / 9 / 12_                    COUNSELOR'S SIGNATURE _[signature]_

PI-2001 (REV. 5/01/04)

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.



ON THE EXACT DATE OF 9/1/12 I WAS
ATTACKED AND SEXUALLY ASSAULTED BY A
GANG OF INMATES. BEFORE I WAS TORTURED
AND TIED IN THE BATHROOM, I PROCEEDED TO
BANG ON THE DOOR AND CALL FOR HELP.
THERE WAS NO OFFICER TO COME MY AID.
IT WAS THEN WHEN I WAS ATTACKED FROM
BEHIND AND CARRIED TO THE BATHROOM. MY
LIFE COULD HAVE BEEN TAKEN AND THERE
WERE NO CAMERAS TO DISPLAY WHAT TOOK
PLACE IN THE DORMITORY. BESIDES BECOMING
A VICTIM, I HAVE SEEN NO SPECIALIZED COUNSELING.
IM LOCKED IN A CELL SLEEPLESS WITH PAINFUL AND
AGONIZING MEMORIES THAT HAS STRIPPED THE
DIGNITY FROM ME, AS A MAN, AND AS A HUMAN
BEING.

10/17/12

EXHIBIT "D"

DEC 4, 2012

DEAR WARDEN OUBRE,

I'M WRITING YOU ON BEHALF OF A ISSUE DEALING WITH MY SAFETY. DUE TO THE CIRCUMSTANCES OF WHAT HAPPENED WITH MY CASE. THERE HAS BEEN A (HIT) PUT OUT FOR MY LIFE. ME AND MY FAMILY ARE VERY WORRIED ABOUT THIS SITUATION AND BEEN TRYING TO GET IN CONTACT WITH THE COMMISSIONER.

MY MOM HAS BEEN TRYING TO CONTACT YOU SO SHE CAN FIND OUT WHO TO TALK TO ABOUT THIS. I WILL LEAVE HER NUMBER SO YOU CAN DISCUSS THESE ISSUES WITH HER.

TO GET TO THE POINT OF MY LETTER, I'M ASKING YOU TO PLEASE ALLOW ME TO STAY HERE AT BALDWIN STATE PRISON. THERE'S NO WHERE ELSE I CAN GO AND BE SAFE. I DON'T MIND BEING LOCKED-DOWN, AS LONG AS I'M SAFE. I DON'T DISRESPECT ANY OF YOUR STAFF OR SHOW ANY HARM TO ANYONE.

IF YOU LOOK IN MY FILE RECORDS THE ONLY NEGATIVE YOU WILL SEE, IS MY CHARGES, AND MAYBE TWO DR'S THAT I SHOULD NOT EVEN HAVE. MY MENTAL HEALTH COUNSELOR, MS. GRANT KNOWS ABOUT MY CASE. SHE CAN ALSO TELL YOU ABOUT MY BEHAVIOR. MY EX-SCHOOL G.E.D. TEACHER, MS. ROBBINS CAN ALSO VOUCH FOR MY BEHAVIOR AND HOW I CARRY MYSELF IN CLASS.

EVEN YOUR OFFICERS WILL CONFIRM THAT IM NO TROUBLE HERE.

I RECIEVED MY G.E.D. HERE IN MAY OF 2012 AND PLAN TO TAKE SOME CORRESPONDENCE COURSES TO FURTHER MY EDUCATION.

IM TELLING YOU ALL THIS BECAUSE IM TRYING TO MAKE SOMETHING OF MYSELF, AND MAKE IT HOME TO MY FAMILY IN ONE PIECE. I JUST WANT ANOTHER CHANCE AT LIFE, I DONT WANT TO DIE IN PRISON.

PLEASE HELP ME HELP MYSELF, AND BECOME A LAW ABIDING CITIZEN. I ASK THAT YOU ALLOW ME TO PROVE THAT IM NOT WHAT MY CHARGES SAY THAT I AM. PLEASE LOOK INTO MY SITUATION. THANK YOU

SINCERELY,

M. A. Robbins

P.S.
MOTHER # (404) 246-4819
DIEDRA ROBBINS
CALL ANYTIME OR LEAVE MESSAGE

COPY & HANDWRITTEN

"EXHIBIT "E""

DEAR DOCTOR SLOAN,

I'M WRITING YOU THIS LETTER TO YOU AND MS. REGISTER, TO GIVE A BRIEF STATEMENT ABOUT THE SEXUAL ASSAULT THAT OCCURRED ON SEPT 1, 2012. ENCLOSED ARE TWO FORMS OF DECLARATIONS, ONE FOR YOU AND THE OTHER FOR MS. REGISTER. OUT OF RESPECT FOR YOU AND MS. REGISTER I DECIDED NOT TO SUBPOENA YOU TO COME TO COURT SIMPLY BECAUSE YOU HAVE ACKNOWLEDGED THAT WHAT WAS DONE TO ME WAS WRONG AND UNJUSTIFIABLE. I HOPE THAT THIS CAN STAY BETWEEN THE THREE OF US AND JUSTICE PREVAILS. THE DECLARATION FORM WILL BE EASY TO UNDERSTAND AND COMPLETE. ALL IS NEEDED IS YOUR BRIEF STATEMENT OF THE FACTS, AND YOUR SIGNATURE AT THE END. IF POSSIBLE I WOULD LIKE FOR YOU TO MAKE THREE COPIES OF EVERYTHING BESIDES THIS LETTER ENCLOSED. I UNDERSTAND THAT YOU ARE NOT OBLIGATED TO DO ANY OF THE THINGS I HAVE ASKED IN THIS LETTER. BUT I ALSO KNOW THAT I'M NOT NOT THE ONLY ONE THIS HAS HAPPEN TO IN THEIR LIFE. SO I HOPE YOU WOULD GIVE ME THIS SMALL ASSISTANCE THAT I ASK OF YOU. PLEASE BRING THIS LETTER TO MS. REGISTER'S ATTENTION AS WELL.

SINCERELY,
Marquise Robbins
12/11/12

EXHIBIT "F"

(2/15/96)

ATTACHMENT 3
SOP IIB05-0001

## WITNESS STATEMENT

PLACE: ADMINISTRATIVE SEGREGATION, K-1-18    DATE: 1-29-13    TIME: 9:55 A.M.    FILE NUMBER:

LAST NAME, FIRST NAME, MIDDLE NAME: ROBBINS, MARQUISE, ALI    SOCIAL SECURITY ACCOUNT NO.:    STATE SERIAL NUMBER: 1000413667

INSTITUTION OR ADDRESS: Baldwin State Prison

### SWORN STATEMENT

I, MARQUISE ROBBINS, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: ON JAN 3, 2013, SGT. DUNCAN, A OFFICER OF THE "ERT TEAM" CAME INSIDE MY CELL TO CONFRONT ME ABOUT MY LETTER I WROTE TO THE WARDEN, SHEILA OUBRE. IN MY LETTER TO THE WARDEN I ASKED FOR THE WARDEN TO ALLOW ME TO STAY IN SEGREGATION BECAUSE I FELT SAFE. SGT. DUNCAN TOLD ME THE WARDEN SENT HIM WITH A COPIE OF MY LETTER, TO PERSUADE ME TO COME OUT OF THE "HOLE". I TOLD SGT. DUNCAN THAT I HAD ALREADY EXPLAINED EVERYTHING TO WARDEN OUBRE IN MY LETTER AND I DIDNT FEEL IT WAS SAFE FOR ME TO TRANSFER ANYWHERE.

ON JAN 29, 2013, BETWEEN THE HOURS OF 9 A.M. & 10 A.M., SGT. DUNCAN APPROACHES INMATE ROBERT DENNIS IN CELL #19 WHICH IS DIRECTLY NEXT TO MY CELL, IN CELL #18. SGT. DUNCAN TOLD INMATE ROBERT DENNIS THAT HE WAS SENT BY THE WARDEN TO TALK TO HIM, ABOUT HIS ASSAULT. ROBERT DENNIS TOLD SGT. DUNCAN THAT HE MADE NUMEROUS ATTEMPTS TO NOTIFY STAFF AND SGT. DUNCAN, ON THE DAY HE ARRIVED THAT HE NEEDED TO BE PLACED IN A SAFE ENVIORMENT. SGT. DUNCAN AGREES THAT HE DID REMEMBER ROBERT DENNIS TELLING SGT. DUNCAN THAT HE NEEDED TO BE HOUSED SOMEWHERE SAFE. ROBERT DENNIS TOLD SGT. DUNCAN THAT HE DOES NOT FEEL SAFE IN POPULATION AND HE WAS NOT COMFORTABLE TALKING TO SGT. DUNCAN. SGT. DUNCAN HANDED ROBERT DENNIS A COUPLE OF STATEMENT FORMS AND WALKED AWAY FROM INMATE ROBERT DENNIS CELL.

INITIALS OF PERSON MAKING STATEMENT: MR    PAGE 1 OF ____ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)
ATTACHMENT 5
SOP IIB05-0001
(1/1/96)

STATEMENT CONTINUED

AFFIDAVIT

I, MARQUISE ROBBINS _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME.
THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE
STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT,
AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESSES:

Robert Dennis GDC#927784

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20 _____

BALDWIN STATE PRISON
INSTITUTION OR ADDRESS:

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

_____
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    MR

PAGE _____ OF _____ PAGES

INMATE AFFAIRS COPY

EXHIBIT "C"

1/30/13

DEAR MS. FIELDS

I'M WRITING YOU ON BEHALF OF A GRIEVANCE APPEAL, I SUBMITTED TO INMATE AFFAIRS IN THE MONTH OF OCT 2012. THE GRIEVANCE WAS ABOUT A SEXUAL ASSAULT I RECIEVED FROM A GANG OF INMATES INSIDE A BATHROOM OF DORMITORY G-2.

SINCE MY INTERVIEW WITH INMATE AFFAIRS IN LATE OCT OF 2012, I HAVE SEEN NO RESPONSE OR RESOLUTION TO THIS GRIEVANCE. THE "SOP" PROCEDURE SAYS THE INVESTIGATOR'S HAVE 90 DAYS TO RESPOND TO MY GRIEVANCE.

IT'S PAST THE DEADLINE FOR THE INMATE AFFAIRS PERSONNEL TO RESPOND AND I WOULD LIKE TO KNOW, WHEN WOULD I RECIEVE A RESPONSE? I ALSO WANT THE FULL NAMES OF THE OFFICIALS AND SUPERVISORS WHO ARE INVOLVED IN THIS GRIEVANCE COMPLAINT, ALONG WITH ANY OTHER INFORMATION THAT PERTAINS TO THIS COMPLAINT.

FURTHERMORE, I HOPE THAT YOU WILL ASSIST ME IN EVERY WAY POSSIBLE IN RECIEVING THIS INFORMATION THAT I'M ENTITLED TO HAVE. IF I'M NOT ENTITLED, THEN I SHOULD HAVE SOME WAY TO OBTAIN THIS INFORMATION AND REDRESS GRIEVANCES. I WILL ALSO SEND COPIES OF THIS LETTER TO OUTSIDE ORGANIZATIONS FOR PROOF OF TRYING TO OBTAIN THIS INFORMATION.

SINCERELY,
Marquis Robbins

# IN THE SUPERIOR COURT OF BALDWIN COUNTY

Marquise Robbins
Plaintiff

V.

SHEILA OUBRE

K. CARTER #3060

A. DAVIS #2808
Defendants

DECLARTION
OF WAYNE SHAW

Civil Action
No. _____

Wayne Shaw hearby declares:

I have been incarcerated at Baldwin State Prison since Oct 2, 2012. Since Nov 6, 2012 I have been housed in K1, an Administrative Segregation dormitory. I am currently in cell 17, which is directly next to cell 18, and have been for over a month.

One day in the month of Nov, which I can't recall the actual date, I was talking to Marquise Robbins from my cell, which is right next to his. He explained to me how he was brutally attacked and assaulted, and how none of the officers who were working that day, did anything to aid and assist him when he was trying to gain help.

"Upon information and belief," I believe what Marquise Robbins has revealed to me is true because the exact same incident happened to me, but in a different dormitory.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hardwick, Georgia on Dec 15, 2012

Dwayne C. Shaw
Signature

IN THE SUPERIOR COURT OF BALDWIN COUNTY

MARQUISE ROBBINS #1000413667
    Plaintiff

V.

SHEILA OUBRE
K. CARTER # 3060
A. DAVIS # 2808
    Defendants

DECLARATION
OF ROBERT DENNIS

Civil Action
No. _____

Robert Dennis hearby declares:

I have been incarcerated at Baldwin State Prison since Nov 6, 2012. Since Nov 13, 2012, I have been housed in K1, a Administrative Segregation dormitory. I am currently in cell #19, which is directly next to cell #18, and have been since Nov 13, 2012.

Since Ive been housed in cell #19, Ive been talking to Marquise Robbins from my cell, which is right next to his. He explained to me how he was brutally attacked and assaulted by other inmates, and how none of the officers who were on that specific shift that day, did anything to aid and assist him when he was trying to gain help.

Upon information and belief, I believe what Marquise Robbins has revealed to me is true, because the same incident happened to me the day I arrived at Baldwin State Prison, but inside a different dormitory.

I declare under penalty of perjury that the foregoing
is true and correct. Executed at Hardwick, Georgia on
12/13/12

Robert Dennis #927784
Signature

Robert Dennis
Print NAME

EXHIBIT "J"

# CHECKLIST OF STATE CRIMINAL LAWS PROHIBITING THE SEXUAL ABUSE OF PERSONS IN CUSTODY OF LAW ENFORCEMENT, LOCK-UP AND JAIL AUTHORITIES

NOTE: When the checklist indicates that a particular personnel or setting is covered under the law, either the words themselves (law enforcement, arrest, lock-up or jail) appear in the statute or a cross-referenced statute, or the law can reasonably be interpreted to cover those settings and/or personnel. Though staff sexual misconduct laws included in this chart may cover juveniles and private facilities, for the scope of this chart we have not analyzed the laws for their specific inclusion.

| STATE AND STATUTE | Covers Law Enforcement* | Covers Jails | Covers Lock-ups* | Covers Arrest^ | All Personnel Covered+ | Some Forms are Punishable as a Felony | Consent is Not a Defense |
|---|---|---|---|---|---|---|---|
| **Florida Cont'** battery & sexual misconduct prohibited; reporting required; penalties FLA. STAT. ANN. § 944.35 (2006). Sexual battery. FLA. STAT. ANN. § 794.011 (2006). | | | | | | | |
| **Georgia** Sexual assault against persons in custody; sexual assault against person detained or patient in hospital or other institution; sexual assault by practitioner of psychotherapy against patient. GA. CODE ANN. § 16-6-5.1 (2006). | ✓ | ✓ | ✓ | | Volunteers not covered | ✓ | ✓ |

* Some state statutes use the word *police* or *sheriff*. For purposes of this checklist, if a statute uses the word *police* or *sheriff*, we assumed that all law enforcement is covered.

* If a state law contained the word *jail* and the word local correctional facility, local correctional institution, county or city facility etc., then we assumed that the state law intended to cover other local facilities such as lock-ups.

^ If a state law contained the word "arrest" or covers law enforcement personnel and contains phrases such as "having custody over the victim", "in the offenders care under authority of law", or "under the supervision of a city or county" then we assumed that the law intended to cover arrest.

+ All personnel are covered if the statute includes paid employees, volunteers, other state agency employees, and private/contract employees.

Smith Consulting
January 2007
Do not use, publish or distribute without prior permission from authors. Please contact Prof. Brenda V. Smith at                                to obtain permission.
Page 6 of 23

http://www.wcl.american.edu/nic/contact.cfm

## *Medical Consultation*



### OFFENDER ROBBINS,MARQUISE ALI - GDC ID: 1000413667
Located At:   BALDWIN STATE PRISON K-1-18-B

| | |
|---|---|
| Date Consult Ordered: | 09/01/2012 |
| Date Recorded: | 09/04/2012 |
| Consult Recorded by: | JENNIFER POPHAM |
| Requesting Site: | BALDWIN STATE PRISON |
| Consult Requested by: | DR. DALRYMPLE |
| Service Requested: | OTHER: EMERGENCY ROOM |
| Request Type: | Urgent Initial |
| Offender Diagnosis: | head trauma/facial trauma |
| Medical History: | Inmate sent to ER 9-1-12 for head trauma and facial trauma. |
| Physical Findings: | |
| Lab/Test Results: | |
| List All Medications: | |
| Specific Questions or Procedure Requested: | Please evaluate and treat. |

### Utilization Management Decision:

| | |
|---|---|
| Authority: | PATRICIA W BROWN |
| Approved Service: | OTHER: EMERGENCY ROOM |
| Approved Request Type: | Urgent Initial |
| Decision: | Approved for Local Outside Services. |
| Decision Date: | 09/24/2012 |
| Approval Tracking Number: | |
| Comments and Justification: | |

### Appointment Scheduling:

| | |
|---|---|
| Provider Name: | LOCAL PROVIDER |
| Appointment Location: | OTHER/SEE COMMENTS |
| Appointment Date/Time: | 09/25/2012 01:00 AM |
| Appointment Notes: | |
| Transport Date: | 09/25/2012 |
| Transport Method: | NO TRANSPORT NEEDED |
| Transport Notes: | |

### Consultants Findings and Recommendations:

| | |
|---|---|
| Service Delivered by: | LOCAL ER |
| Service Delivered Date: | 09/01/2012 |
| Recommendations Notes: | complete |

## NURSING ASSESSMENT FORM FOR COMPLAINTS NOT SPECIFIC TO ANY OTHER PROTOCOL FORM

Na_ _: ___BBINS, MARQUISE
GDC#: 1000413667
Date of Birth: 3/2/83
Race: B        Sex: Male

*redness/abrasions on (R) shoulder*

DATE: 9/1/12 TIME: 1100    FACLITY: Baldwin State Prison

SUBJECTIVE: This 29 year old ☒ male ☐ female   presents with the chief complaint of __I/M was assaulted while in dorm by an unknown number of attackers ē fists and possibly blunt objects + shanks__
                                                                    (O₂ SAT 98%)

OBJECTIVE: Vital Signs: B/P 135/99 T 97³ P 83 R 16 Wt. Unable to obtain
ALLERGIES: NKDA

PHYSICAL FINDINGS: laceration (R) cheek, small lacerations x2 face swollen & mishapen eyes almost completely swollen shut, puncture wounds x3 on (R) shoulder, facial bruising bilaterally

ASSESSMENT: trauma R/T physical altercation possible pneumothorax R/T puncture wounds (unable to pupillary response

PLAN: transport to ORMC for evaluation v/a ambulance (911 notified ē 1110)

DISPOSITION: (All referrals must follow protocol guidelines including referral for any vital signs abnormalitie
☐ REFERRAL  ☑ STAT  ☐ URGENT  ☐ ROUTINE  ☐ Appointment made  Date: ___ / ___ / ___
☐ OTHER: _____

EDUCATION: take meds as ordered follow all ER instructions, I/M's EMT contacted

Signature W Mark Merritt, w

(REV. 11/10) NURSING ASSESSMENT FOR COMPLAINTS NOT SPECIFIC TO ANY OTHER PROTOCOL FORM
DO NOT WRITE ON BACK - USE BLACK INK ONLY

*88 Dorm*

Walkin        report called to nurse Chri_
                    @ ORMC

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD
(MEDICAL-DENTAL)**

Facility: _GDCP_

NAME: _Robbins, Marquise_

STATE I.D.#: _1000413667_

Date of Birth: _3/2/83_

Race: _B_     Sex: _M_

| Date/Time | |
|---|---|
| 8/1/12 1034 | 29 y/o BM admitted to Infirmary for 23° observation S/P physical Altercation. Upon Assessment I/m has laceration on (R) cheek, 2 small laceration (laceration) on (L) side of cheek; swollen face. Both eyes almost closed; puncture wounds on (R) shoulder. And facial bruising VS 134/82 85 18 99° Skin warm And C/O pain in Facial Area. _Crutchfield_ |
| 0430 | VS 128/78 79 16 97.9 99% C/O Facial Pain. Gave Tylenol #3 II po as ordered _Crutchfield_ |

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD
(MEDICAL-DENTAL)**

Facility: _GDCP_

NAME: _Robbins, Marquise_

STATE I.D.#: _1000413667_

Date of Birth: _3 / 2 / 83_

Race: _B_     Sex: _M_

| Date/Time | |
|---|---|
| 9-2-12 0155 | BP 128/57  T-99.1  P-86  R-18  O2SAT 98% |
| | IM 22° OBS for physical altercation. IM resting in bed c̄ eyes closed. Easily aroused by voices. IM able to follow verbal commands. Edema noted to bilat. eyes. (R) eye swollen shut. ‑‑ Unable to evaluate PERRLA on (R) eye. PERRL noted (L) eye. A&O x3. c/o pain to facial area. Bruising noted, laceration noted c̄ (R) cheek. c̄ IM noted. C2 immn Lmw ~ |
| 1800 | BP 104/72  T-96.8  P-72  R-16  O2SAT 96% ̶I̶M̶ ̶r̶e̶s̶t̶i̶n̶g̶ ̶i̶n̶ ̶b̶e̶d̶ ̶c̶̄ ̶e̶y̶e̶s̶ ̶o̶p̶e̶n̶.̶ ̶A̶&̶O̶ ̶x̶3̶.̶ |
| 13:15 | BP- 120/71  T-98.6  P-93  R-18  O2SAT 98% IM sitting on side of bed watching TV. A&O x3. Talkative. Able to follow verbal commands. PERRL (L) eye. Unable to open (R) eye d/t edema. C2 immn Lmw ~ |
| 9/2/12 | S: IM sitting on bed. Ø any pain, reporting. Ensure due to swollen L jaw. has pain on chewing food. received pain meds Husam |
| | O. Vitalsigns BP 128/57  P-86 R-18 % sat 98% T 99.1 facial swelling c̄ eyes swollen almost closed shut but able to open - Eye - generalized conjunctival hemorrhage both eyes. PERLA 5mm intact (Onsyt Hernnias) c̄ Ciachios swollen L jaw |
| | A - facial trauma c̄ periorbital edema (conjunctival hemorrhage) |

GEORGIA DEPARTMENT OF CORRECTIONS

PROGRESS RECORD
(MEDICAL-DENTAL)

Facility: _GDCP_____

NAME: _Robbins Marquise_

STATE I.D.#: _10000 41366_

Date of Birth: _9_ _&_ / _12_

Race: _B_          Sex: _M_

| Date/Time | |
|---|---|
| 9/2/12 | P① Continue pain meds as prescribed |
| | ② Ensure + TID x7d | soft diet x7d |
| | ③ 3x7 meals x7days c̄ HS snacks x7d |
| | ④ Ice packs TID x7d |
| | ⑤ Gentamicin opnth gtts 2gtts OD x10d |
| | ⑤ Tylenol #3 tt TID x7d PRN |
| | ⑤ Report given to Dr Gardner above recommended |
| | —S Alexander R |

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD
(MEDICAL-DENTAL)**

Facility: _GDCP_

NAME: _Robbins, Marque_

STATE I.D.#: _1000413266_

Date of Birth: _3/2/83_

Race: _B_       Sex: _M_

| Date/Time | |
|---|---|
| 9-2-12 1645 | Orders recd to move IM to have states 2° S/P altocotm. IM still on bed watchng TV. Vaices to OIC at this time. CD mm Low |
| 9/3/12 23° | IM A+O, both eyes still reddened and edematous. Ice pack provided as ordered. NAD. will continue to monitor. RN |
| 9/4/12 1800 | MD wrote order that IM may return to have camp. nurse notify Baldwin State Prison. Spoke to Captain Gutel stated IM can return. |

Robbins, M

umber ____

# GEORGIA DEPARTMENT OF CORRECTIONS
## Intrasystem Transfer Form
File in the Progress note section of the Health Record

Name GDC ID # 1300413667
ROBBINS, MARQUISE
ID No
RACE:B,SEX:M,DOB: 03/02/83
DOB

Date 1 / 5 / 12     Time 0800  am/pm

1.  PFB
2.  _____
3.  _____

Document Medical Problems noted on the Problem List

Sending Facility: GDCP

4.  _____
5.  _____
6.  _____

Allergies  NKDA

Current profiles or limitations  Ice Pack TID x

Diet  Ensure + can TID x
Soft diet x 7 days Tab

Medical Hold Initiated? ☐ N/A   ☐ Yes ☐ No  If yes, reason

Date of most recent Physical Exam  4 / 4 / 12

Consult pending? ☑ Yes ☐ No  If yes, for  Schedule F/U at home Camp to Dr. Syrbu's office on PC

CIC? ☐ Yes ☑ No  If yes, list

Date of most recent PPD  3 26 / 12

Mental Health Patient? ☑ Yes ☐ No  If yes, list  Level  II

Additional information  _____

and   Date last seen  ___ / ___ / ___

Date 9 / 6 / 12     Time 1910  am/pm

Signature C Dunn LPN

Date last seen  ___ / ___ / ___

Subjective:  New intake  29 yr old

Receiving Facility  Baldwin SP

Objective:
B/P 138/94   HR 71   RR 16   Temp 98.4   Weight 161 #

Does the patient have skin lesions or "spider sites" anywhere? ☑ No ☐ Yes  If yes, describe and refer to a clinician
∅ spider sites, washers or warts

Assessment:  29 yr old  New intake

Plan: ☐ Routine intake (access to care instructions given)

Next periodic PE scheduled for  3 / 4 / 13

Referred to Clinician  Dr. Akinwumi                    ☐ Consult pending  for  N/A
Eyes Red clear & B/ate Economy
Under health

Referred to Mental Health? ☐ N/A ☑ Yes ☐ No   Routine / Urgent on ___

Next PPD or screening  scheduled for  3 / 26 / 13

☐ N/A   Routine  Therapeutic Diet ___ / ___ / ___   for  New intake

Current profiles or limitations  N/A   scheduled for ___

☐ N/A   ___ / ___ / ___   ordered? ☐ N/A ☐ Yes ☐ No

Special housing? ☐ N/A ☐ Yes for ___          Listed on Intrasystem Log? ☑ Yes ☐ No

1.01  (rev 03/03)

Signature ___

DO NOT WRITE ON BACK

**GEORGIA DEPARTMENT OF CORRECTIONS**

**MD, NP, PA Medical Encounter Form**

Facility _GDP_     Date: **SEP 0 4 2012**  Time: _13⁰⁰_

GDC ID# 1000413667
ROBBINS, MARQUISE
RACE:B,SEX:M,DOB: 03/02/83
Da.                                    _M_

**S:**  Patient states, with respect to his condition:
_S/P altered_

Type of Encounter:  • Routine   • Urgent/Emergent

HPI: _H/o head trauma / Ø report FX — (reports_
Spoke  _2⁰ faxed to GDCP    Ø N/V Ø HA_
ē Shern  _compliant ē tx_
@
meds list
Dept   Medications: _√ problem list_
_/ med list_

**O:**  BP: _118/85_   HR: _76_   RR: _20_   T: _97.8_   Today's Wt _165_   Previous Wt _____ on __/__/__ (date)
478
633-1235   Peak Flow Measurement: _____ mL   Pulse Ox: ____% (• Room air  • O₂ @ ____ Liters)  Finger stick glucose _____ mg/dL

PE Findings: _Gen, A&O_
_HEENT: ⊕ soft tissue swelling / bruise_
_around eyes  ⊕ subconjunctival hemorrhage_
_bilateral   ⊙ int   Ø d/c_

Recent Lab/Diag. Test Results: _____

**A:** _① S/P Physical assault ē head trauma_

**P: Diagnostic Measures:** (Ordered lab tests, CXR, EKG, Consults, etc.) _Obtain x-ray report_
_D/c back to home camp. MD @ home_
_camp to schedule f/u appt ē Dr. Sczbarg_

**Therapeutic Measures:** (Ordered meds or • ℞, treatments, etc.) _No indication_

**Patient Education:** (Advise given re: clinical / lab findings, follow up, additional / alternative treatments, etc.) _____
_Pt information as pt_
_has requested_

Follow Up:  • Yes • No   If yes, in ____ Days  Wks  Mnts (circle)   Appt. Date: __/__/__    • Refer to _____ CIC Clinic
• **Problem List** reviewed and updated as clinically indicated

_Aleta M. Garrett_

DO NOT WRITE ON BACK

Signature and Credential    MD / NP / PA
(circle)

MD, NP, PA MEDICAL ENCOUNTER FORM

# Active Meds

09/04/2012

**Site Name:**       GA DIAGNOSTIC CLASSIF PRISON
**Inmate Name:**     ROBBINS, MARQUISE A - 1000413667

| Rx # | Start Dt | Stop Dt | Drug Name/Sig | Units | Physician |
|------|----------|---------|---------------|-------|-----------|
| 577693 | 09/04/2012 | 09/11/2012 | ACETAMINOPHEN/COD #3 TABLET<br>TAKE 2 TABLETS 3 TIMES A DAY | 21 | ALEXANDER, LYDIA |
| 577695 | 09/04/2012 | 09/14/2012 | GENTAMICIN 3MG/ML EYE DROPS<br>PLACE 2 DROPS IN AFFECTED EYE(S) FOUR TIMES A DAY FOR 10 DAYS  **LABEL ONLY-GIVEN | 1 | ALEXANDER, LYDIA |

Aleta M. Gardner, M.D.

SEP 0 4 2012

Page 1

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name: _Roblair Majens_

**MD, NP, PA Medical Encounter Form**

EF or S/S No.: _1000413 66_

**BALDWIN SP**

Facility: _____ Date: _9/7/12_ Time: _1115_

Date of Birth _3/2/83_ Race _B_ Sex _m_

---

**S:** Patient states, with respect to his condition:

Type of Encounter:  •(Routine)  • Urgent/Emergent

HPI: _S/P Assault 6 days ago_
_photophobia. Denies other c/o_

Other Medical/CIC Conditions: _____

Medications: _Gentamycin eye gtts_

**O:** BP: _126/79_ HR: _86_ RR: _16_ T: _98.6_ Today's Wt _161_ Previous Wt _161_ on _9/6/12_ (date)

Peak Flow Measurement: _____ mL     Pulse Ox: _____ % (• Room air • O₂ @ _____ Liters) Finger stick glucose _____ mg/dL

PE Findings: _NAD, A+O x3_
_HEENT: Sub orbital ecchymosis bilat, sclera_
_reddened bilat eyes, eyes tearing + l/a squint_
_Con: nml Lungs: clear bilat_

Recent Lab/Diag. Test Results: _____

**A:** _S/P Assault. © Conjunctival Hemorrhage bilat_

**P: Diagnostic Measures:** (Ordered lab tests, CXR, EKG, Consults, etc.) _∅_

**Therapeutic Measures:** (Ordered meds or • ℞, treatments, etc.) _Ibuprofen 800 g P.O. bid x 7 days_
_prn_

**Patient Education:** (Advise given re: clinical / lab findings, follow up, additional / alternative treatments, etc.) _Instructed on_
_eye gtts insertion. Cont eye gtts until gone_
_RTC for problems or ↑ pain_

Follow Up: • Yes  •(No) If yes, in ____ Days Wks Mnts (circle) Appt. Date: _____ • Refer to _____ CIC Clinic

• **Problem List** reviewed and updated as clinically indicated

Signature and Credential _____ FNP-C  MD / NP / PA (circle)

---

GEORGIA DEPARTMENT C___RRECTIONS          Name: _____

**MD, NP, PA Medical Encounter Form**          EF or S/S No.: _____

**BALDWIN SP**  Date: 9/19/12  Time: 1530          Date of Birth ___/___/___  Race ____ Sex ____

S:  Patient states, with respect to his condition:          Type of Encounter: ( •Routine )  • Urgent/Emergent

HPI: _____

_____

_____

Other Medical/CIC Conditions: None

Medications: None

O: BP: 127/90  HR: 97  RR: 22  T: 97.7  Today's Wt 163  Previous Wt 161 on 9/7/12 (date)

Peak Flow Measurement: _____ mL     Pulse Ox: _____% (• Room air  • O₂ @ _____ Liters) Finger stick glucose _____ mg/dL

PE Findings: _____

_____

_____

Recent Lab/Diag. Test Results: _____

A: _____

_____

P: Diagnostic Measures: (Ordered lab tests, CXR, EKG, Consults, etc.) _____

_____

Therapeutic Measures: (Ordered meds or • ℞, treatments, etc.) _____

_____

_____

Patient Education: (Advise given re: clinical / lab findings, follow up, additional / alternative treatments, etc.) _____

_____

_____

Follow Up: • •Yes • (No)  If yes, in _____ Days  Wks  Mnts (circle)  Appt. Date: ___/___/___  • Refer to _____ CIC Clinic

• **Problem List** reviewed and updated as clinically indicated          Signature and Credential          MD / NP / PA (circle)

P78-0001.01 (rev. 8/01)          DO NOT WRITE ON BACK          MD, NP, PA  MEDICAL ENCOUNTER FORM

PI - 3003 **GEORGIA DEPARTMENT OF CORRECTIONS**   **PHYSICIAN'S ORDERS**

| TRANSFER THESE SENSITIVITIES TO EACH NEW ORDER SHEET | | | |
|---|---|---|---|
| ALLERGY and MEDICATION SENSITIVITY INFORMATION | 1 | 3 | |
| | 2 | 4 | |

AUTHORIZATION IS GIVEN TO DISPENSE AND ADMINISTER ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE THERAPEUTIC INGREDIENT(S), UNLESS CHECKED HERE.

---

23° Observation S/p Physical
Altercation.
VS Q 6°

9/1/12 1045

TO Dr. Gardner / Curtis

_PHYSICIAN'S SIGNATURE     DATE     TIME     SIGNATURE_

SEND DUPLICATE TO PHARMACY

Robbins, Marquis
100041366
3/2/83

NKDA

---

Notify ALP for
B/P ≥ 180/110 or < 80/50
HR > 118     < 50
R > 24       < 12
T ≥ 100.4

9/1/12 1045p

TO Dr. Gardner / Curtis

_PHYSICIAN'S SIGNATURE     DATE     TIME     SIGNATURE_

SEND DUPLICATE TO PHARMACY

Robbins, Marquis
100041366
3/2/83

NKDA

---

Notify
Tylenol #3 ii po NOW then
Tylenol #3 ii po TID PRN x24°

9/1/12 1045p

TO Dr. Gardner / Curtis

_PHYSICIAN'S SIGNATURE     DATE     TIME     SIGNATURE_

SEND DUPLICATE TO PHARMACY

Robbins, Marquis
100041366
3/2/83

NKDA

---

① Tobradex Oph Eye ① 1-2 gtts Rt/L x30
   dispense 1 bottle  ⊕ ref  (AF)
✓② Ensure ↓ TID x 7 days
✓③ Tylenol #3 ii TID x 7 day
✓④ Clp Au on tuesday + Facial from
✓⑤ Soft diet x 7 days   POST ER VISIT

Alexander for       9/2/12  1430  C Jensen LPN 9-2-12

_PHYSICIAN'S SIGNATURE     DATE     TIME     SIGNATURE_

SEND DUPLICATE TO PHARMACY

Robbin, Marquis
100041366
3/2/83
NKDA

NKDA

---

✓⑥ 3 x 7 meals x 7 days HS snack x 7d
✓⑦ Ice pack TID x 7 day
✓⑧ Gentamycin Oph gtts 2 gtts QID x 10 days

Alexander for   9/2/12  C Jensen LPN 9-2-12

_PHYSICIAN'S SIGNATURE     DATE     TIME     SIGNATURE_

SEND DUPLICATE TO PHARMACY

Robbin Ma
100041
3/21

NKDA

PI - 3003   **GEORGIA DEPARTMENT OF CORRECTIONS**          **PHYSICIAN'S ORDERS**

| ALLERGY and MEDICATION SENSITIVITY INFORMATION | TRANSFER THESE SENSITIVITIES TO EACH NEW ORDER SHEET | AUTHORIZATION IS GIVEN TO DISPENSE AND ADMINISTER ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT IDENTICAL IN -DOSAGE FORM AND CONTENT OF ACTIVE THERAPEUTIC INGREDIENT(S), UNLESS CHECKED HERE. |
|---|---|---|
| | 1. NKDA          3. | |
| | 2.                4. | [✓] |

Mycolog 15 gm AAA BID x 21 days

PHYSICIAN'S SIGNATURE _____ NP- DATE 11/17/11 TIME 1115 SIGNATURE C. Williams RN
SEND DUPLICATE TO PHARMACY

[✓]

Mycolog 15gm AAA BID x 21 days

8Mu
COPY

3-20-12  1140

PHYSICIAN'S SIGNATURE _____ NP-C DATE 3/20/12 TIME 1135 SIGNATURE D. _____ RN
SEND DUPLICATE TO PHARMACY

[✓]

PPD SKIN TEST 0.1 ML
VO: Dr. Akunwanne / Julie Farrell, RN 3-26-12 1500

1500
PHYSICIAN'S SIGNATURE _____ DATE 3/2?/12 TIME 749 ? SIGNATURE Julie Farrell RN 3-26-12
SEND DUPLICATE TO PHARMACY

[✓]

Optometry Referral

Swipe

PHYSICIAN'S SIGNATURE _____ FNP-C DATE 4/4/12 TIME 1115 SIGNATURE V _____ RN
SEND DUPLICATE TO PHARMACY

Needs re-eval by MD / NP

[✓]

R/O MYCOLOG 15gm AAA bid X 30 DAYS
NO COPAY  5 ___

7.10.12  0915
VO: Dr. Akunwanne / Deborah _____ RN

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE _____
SEND DUPLICATE TO PHARMACY

PATIENT'S NAME

PI - 3003    **GEORGIA DEPARTMENT OF CORRECTIONS**    **PHYSICIAN'S ORDERS**

| TRANSFER THESE SENSITIVITIES TO EACH NEW ORDER SHEET | AUTHORIZATION IS GIVEN TO DISPENSE AND ADMINISTER ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE THERAPEUTIC INGREDIENT(S), UNLESS CHECKED HERE. |
|---|---|
| **ALLERGY and MEDICATION SENSITIVITY INFORMATION**   1. _____ 3. _____   2. _____ 4. _____ | |

---

TO Dr. Gardner / C. Summ 9-2-12  1845
D/C 23° 30s status to house status
dx s/p altercation!

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE KGS
C. Summer 9-2-12
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004 1366
3/2/83

NKDA

---

24° Chart ~ Complete   9-2-12 SG
9/4/12 0050: 24° chart check completed – Rec

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE
SEND DUPLICATE TO PHARMACY

Robbins Marquise
10004 1366
3/2/83
BM

---

May go back to home camp
MD at home camp to Schedule
F/u c̄ Dr. Sysbergs as indicated
A one discharge summary

PHYSICIAN'S SIGNATURE N. Gardner MD /S  DATE 9/4/12  TIME  SIGNATURE  9/4/12 1850
SEND DUPLICATE TO PHARMACY

Robbins Marquise
10004 1366
3/2/83
BM

---

29 yr old New Intake
R/o Gentamicin 5mg/mL Eye gtts 2ce gtt "
drops in Affected eye  QID x 10 days
Ensam 1 can  TID x 7 days
1 Ice Pack x 7 days
v/o Dr. Akurawa                       9/5/12
                                      e/w 1930

PHYSICIAN'S SIGNATURE _____ DATE 9/4/12  TIME  SIGNATURE
SEND DUPLICATE TO PHARMACY

Robbins Marquise
10004 1366
3/2/83
BM

---

Refer MH / Last 7E 9/4/12   Next 3/13
Last PD 9/24/12   Next 3/13
v/o Dr. Akurawa                9/6/12
                               1530

PHYSICIAN'S SIGNATURE _____ DATE 9/6/12  TIME  SIGNATURE
SEND DUPLICATE TO PHARMACY

MMN
Robbins, Marquise
10004 1366
3/2/83

BM

# Active Meds

09/05/2012

**Site Name:**       GA DIAGNOSTIC CLASSIF PRISON
**Inmate Name:**     ROBBINS, MARQUISE A - 1000413667

| Rx # | Start Dt | Stop Dt | Drug Name/Sig | Units | Physician |
|------|----------|---------|---------------|-------|-----------|
| 577693 | 09/04/2012 | 09/11/2012 | ACETAMINOPHEN/COD #3 TABLET<br>TAKE 2 TABLETS 3 TIMES A DAY | 21 | ALEXANDER, LYDIA |
| 577695 | 09/04/2012 | 09/14/2012 | GENTAMICIN 3MG/ML EYE DROPS<br>PLACE 2 DROPS IN AFFECTED EYE(S)  FOUR TIMES A DAY FOR 10 DAYS   **LABEL ONLY-GIVEN | 1 | ALEXANDER, LYDIA |

Page 1

PI - 3003    **GEORGIA DEPARTMENT OF CORRECTIONS**              **PHYSICIAN'S ORDERS**

| TRANSFER THESE SENSITIVITIES TO EACH NEW ORDER SHEET | | | AUTHORIZATION IS GIVEN TO DISPENSE AND ADMINISTER ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE THERAPEUTIC INGREDIENT(S), UNLESS CHECKED HERE. |
| ALLERGY and MEDICATION SENSITIVITY INFORMATION | 1 | 3 | |
| | 2 | 4 | |

Kenalog Cream apply topically to affected skin
BID x 30 days (8am)    (Co-pay charged)
✓ Fasting plasma glucose CBC    7/30/12
MD AK in 4 weeks   8/23/12

PHYSICIAN'S SIGNATURE _____ MD   DATE 7/26/12   TIME 1040   SIGNATURE ___ Bradgerly ___
**SEND DUPLICATE TO PHARMACY**

Patient's Name: Robbins, Marquise
1000413667
3-2-83   BIm
Baldwin SP
NKDA

---

Transport to OLMC via Ambulance
for evaluation of Head trauma &
puncture Wounds
V/O Dr. Dalrymple / Bradford RN 9/1/12 1105

PHYSICIAN'S SIGNATURE   DATE   TIME   SIGNATURE ___ Bradford / RN ___ 9/1/12 1105
**SEND DUPLICATE TO PHARMACY**

Patient's Name: Robbins, Marquise
1000413667
3-2-83   BIm
Baldwin SP
NKDA

---

PHYSICIAN'S SIGNATURE   DATE   TIME   SIGNATURE
**SEND DUPLICATE TO PHARMACY**

Patient's Name: Robbins, Marquis
1000413667
3-2-83   BIm
Baldwin SP
NKDA

---

PHYSICIAN'S SIGNATURE   DATE   TIME   SIGNATURE
**SEND DUPLICATE TO PHARMACY**

Patient's Name: Robbins, Marquise
1000413667
3-2-83   BIm
Baldwin SP
NKDA

---

PHYSICIAN'S SIGNATURE   DATE   TIME   SIGNATURE
**SEND DUPLICATE TO PHARMACY**

Patient's Name: Robbins, Marquis
1000413667
3-2-83   BIm
Baldwin SP
NKDA



PI-3053

## GEORGIA DEPARTMENT OF CORRECTIONS

## PHYSICIAN'S ORDERS

TRANSFER THESE SENSITIVITIES TO EACH NEW ORDER SHEET

AUTHORIZATION IS GIVEN TO DISPENSE AND ADMINISTER ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE THERAPEUTIC INGREDIENT(S), UNLESS CHECKED HERE.

| ALLERGY and MEDICATION SENSITIVITY INFORMATION | 1. | 3. |
| | 2. | 4. |

Kenalog cream apply topically to affected skin
BID × 30 days (skin)  (Co-pay charged)
✓ Fasting plasma glucose CBC      7/30/12
mg FBC in 4 weeks  8/28/12

PHYSICIAN'S SIGNATURE _____ MD _____ DATE _____ TIME _____ SIGNATURE _____
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004136667
3-2-83   Blm
Baldwin 80

NKDA

Transport to DRMC via Ambulance
for evaluation of Head Trauma &
Puncture Wounds
V/O Dr Dalrymple/S Bradford RN 9/1/12 1115

Dr. B. Dalrymple  PHYSICIAN'S SIGNATURE _____ DATE 9/1/12 TIME _____ SIGNATURE S Bradford RN 9/1/12
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004136667
3-2-83   Blm
Baldwin 80

NKDA

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE _____
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004136667
3-2-83   Blm
Baldwin 80

NKDA

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE _____
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004136667
3-2-83   Blm
Baldwin 80

NKDA

PHYSICIAN'S SIGNATURE _____ DATE _____ TIME _____ SIGNATURE _____
SEND DUPLICATE TO PHARMACY

Robbins, Marquise
10004136667
3-2-83   Blm
Baldwin 80

NKDA

NAME:_____    ID #:_____

Questions:

1. Was the allegation of staff on inmate/probationer abuse? ☐ Yes  ☒ No
If "Yes," notify the Office of Special Investigation, (404) 657-7588. (Fax # 478-472-3771)

Person notified: _____ Date/Time of Notification:_____

2. Was the allegation of inmate/probationer on inmate/probationer abuse? ☒ Yes  ☐ No
If "Yes," notify facility security?

Person notified: _____ Date/Time of Notification:_____

3. Is the inmate/probationer willing to be interviewed by security? ☐ Yes  ☒ No
   Does the inmate/probationer request the specially trained counselor be present during
the interview? ☐ Yes  ☐ No  ☒ N/A

4. Did the inmate/probationer refuse the initial mental health evaluation? ☐ Yes  ☒ No

If "Yes," date of the next interview: (To be done within one week.) _____ N/A

5. Was there a second attempt to evaluate the inmate/probationer? ☐ Yes  ☐ No N/A
   Did the inmate/probationer refuse the evaluation on the second attempt? ☐ Yes  ☐ No N/A

If "Yes," date of the next interview: (To be done within one week.) _____ N/A

Attach the progress note.

6. Did the inmate/probationer refuse the third attempt to evaluate? ☐ Yes  ☐ No  N/A

If "Yes," inform the inmate/probationer that mental health services are available whenever
they are desired.

Attach the progress note.

☐ Make sure observations of the inmate's/probationer's mental status are documented in
   the progress note.

☐ If further evaluation or mental health treatment is recommended and the
   inmate/probationer agrees, review the case with the Mental Health Unit Manager and
   treatment team.

☐ If the specially trained counselor and the inmate/probationer see no need for
   counseling or treatment after the initial evaluation, inform the inmate/probationer
   that further mental health services are available upon request.

Specially Trained Counselor's Signature/Title/Date: _____

Licensed Clinician's Signature/Title/Date: _____
(To be signed within two days.)

Form MS5-01-04 Revised 12/04                                    Page 3 of 3
Original: Medical record (sec 5), Copy 1: MH/MR record (sec 4), Copy 2: MH/MR Unit
Manager

NAME: _____    ID #: _____

2. Assessment: (Include mental status data and determination of whether inmate/probationer is likely to need further evaluation or mental health treatment.)

_Inmate is oriented X4 clear/coherent. Mood is congruence to congruent affect. He is instructed to participate in therapy. He will be seen by Dr Sloan for CBT and Counselor Anderson for EMDR. He does not want back on my caseload._

3. Plan: (Present the plan in terms of the problem.)

_weekly therapy for CBT and EMDR and a referral to investigation. The inmate refuses to talk to custody._

Attach signed "Consent for Treatment" form.

(2/15/96)

ATTAC:
SOP IIB0

# WITNESS STATEMENT

| PLACE BSP | | | | |
|---|---|---|---|---|
| | DATE | TIME | FILE NUMBER | |

LAST NAME, FIRST NAME, MIDDLE NAME
Sloan Stephen L

SOCIAL SECURITY ACCOUNT NO.   STATE SERIAL NUMBER

INSTITUTION OR ADDRESS
Baldwin State Prison

## SWORN STATEMENT

I, _Jr Steve Sloan_ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was notified by inmate that a sexual assault had occurred involving inmate Robbin. I notified the Area Profile Lt and the Warden of Security was notified

_[signature]_

INITIALS OF PERSON MAKING STATEMENT
S.S.

PAGE 1 OF _____ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED."
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND
BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL
BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

GEORGIA DEPARTMENT OF CORRECTIONS
MH/MR SERVICES
MENTAL STATUS EVALUATION

INSTITUTION: _____
NAME: _____
ID #: _____
DOB: _____
RACE: _____ SEX: _____

**1. DRESS**
[✓] Appropriate/clean clothes
[ ] Disheveled/soiled clothes
[ ] Inappropriate/non-clothes

**2. HYGIENE**
[✓] Good
[ ] Adequate
[ ] Poor

**3. APPEARANCE**
[ ] Meticulous
[✓] Appropriate
[ ] Unkempt

**4. FACIAL EXPRESSIONS**
[✓] Appropriate to verbal content
[ ] Inappropriate
[ ] Bizarre
[ ] Minimized
[ ] Fixed

**5. TONE OF VOICE**
[✓] Normal
[ ] Loud
[ ] Soft
[ ] Monotone

**6. RATE OF SPEECH**
[✓] Appropriate
[ ] Rapid
[ ] Slowed

**7. MANNER OF SPEECH**
[✓] Normal
[ ] Pressured
[ ] Hesitant
[ ] Stuttering
[ ] Slurred
[ ] Emotional

**8. SPEECH CONTENT**
[✓] No unusual aspects noted
[ ] Morbid
[ ] Perseverative
[ ] Ideas of reference
[ ] Excessive Somatization
[ ] Hyper-religiosity
[ ] Nonsensical
[ ] Electively Mute

**9. THOUGHT PROCESS**
[✓] Logical/Coherent
[ ] Illogical/Incoherent
[ ] Circumstantial
[ ] Tangential
[ ] Concrete
[ ] Blocking

**10. DELUSIONS APPARENT**
[✓] None
[ ] Persecutory
[ ] Self-deprecatory
[ ] Grandiose
[ ] Somatic

**11. SELF-INJURY**
[✓] No thoughts of self-injury
[ ] Current thoughts of self-injury
[ ] Current plans for self-injury
[ ] Recent attempts or acts of self-injury
[ ] Past attempts or acts of self-injury
[ ] Occasional/passing thoughts of suicide
[ ] Preoccupying thoughts of suicide
[ ] Suicide plan
[ ] Recent suicide attempt
[ ] Past suicide attempt

**12. OTHER-INJURY IDEATION/BEHAVIOR**
[✓] No history of assaultive behavior
[ ] History of infrequent assaultive behavior
[ ] History of frequent assaultive behavior
[ ] Recent assault
[ ] Homicidal ideation
[ ] Homicide plan
[ ] Past homicide attempt
[ ] Recent homicide attempt
[ ] Past homicide
[ ] Recent homicide

**13. HALLUCINATIONS APPARENT**
[✓] None
[ ] Auditory
[ ] Visual
[ ] Tactile
[ ] Other

**14. MOOD**
[ ] Undetermined
[ ] Euthymic (normal)
[ ] Apathetic
[ ] Dysphoric (sad)
[✓] Anxious
[ ] Fearful
[ ] Suspicious
[ ] Irritable
[ ] Angry
[ ] Euphoric (elevated)

**15. AFFECT**
[✓] Appropriate to status
[ ] Broad
[ ] Exaggerated
[ ] Labile
[ ] Inappropriate
[ ] Restricted
[ ] Flattened

**16. SLEEP PATTERN**
[ ] Normal
[✓] Insomnia
[ ] Frequent wakening
[ ] Decreased hours
[ ] Restlessness
[ ] Increased hours
[ ] Early morning wakening
[ ] Nightmares

**17. EATING BEHAVIOR**
[ ] No problem
[✓] Loss of appetite
[ ] Increase in appetite
[ ] Fasting
[ ] Hunger strike
[ ] Vomiting
[ ] Rapid weight gain or loss

**18. ORIENTATION**
[ ] Time
[ ] Place
[ ] Person
[ ] Situation
[✓] Times four

**19. MEMORY**
[✓] No notable impairment
[ ] Impaired immediate recall
[ ] Impaired recent memory
[ ] Impaired remote memory

**20. ESTIMATED INTELLECTUAL LEVEL**
[ ] Above average
[✓] Average
[ ] Below average
[ ] Possible retardation

**21. JUDGEMENT**
[ ] Above average
[✓] Average
[ ] Below average
[ ] Poor
[ ] Variable

**22. INSIGHT**
[✓] Good
[ ] Fair
[ ] Poor
[ ] Extremely limited

**23. IMPULSE CONTROL**
[ ] Over-controlled
[✓] Average
[ ] Below average

**24. INTERACTION WITH EXAMINER**
[✓] Cooperative
[ ] Uncooperative
[ ] Domineering
[ ] Ingratiating
[ ] Manipulative
[ ] Dependent
[ ] Evasive
[ ] Defensive

Evaluator/Title _____Andrew Sloan_____

Date _9-13-12_

Reviewer/Title _____

Date _____

(2/15/96)

ATTACHMEN.
SOP IIB05-000;

# WITNESS STATEMENT

| PLACE | | | |
|---|---|---|---|
| D Bida. | DATE 9/12/12 | TIME 1400 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY ACCOUNT NO. | STATE SERIAL NUMBER | |
| Register, Melissa S. | | 1010650 | |
| INSTITUTION OR ADDRESS | | | |
| Baldwin State Prison | | | |

## SWORN STATEMENT

I, _Melissa S. Register_, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 9/12/12 at approximately 0845 hrs a confidential informant advised me that Inmate Marquise Robbins GDC 1000413669 that goes by the nickname "Jersey" had been tied up physically beaten, hot water had been poured on his genitals, and he had been penetrated in his anus with a broom handle on 9/1/12 in G2 Dorm. The Confidential Informant stated the attack was a result of gang members in the dorm discovering via a text message on one of their cell phones that Inmate Robbins had told "snitched" on them. The confidential informant told me Inmate Robbins was a "Bloods" gang member. The confidential informant also informed me that Inmate Robbins was beaten/tortured for an extended period of time, and was screaming out in pain while he was being beaten, burned, and penetrated with the broom stick but the gang members forced Inmate Robbins to get into the shower and that this is where Inmate Robbins was when the Officer entered G2 to count/make rounds. I coordinated with Acting Deputy Warden Jordan to have Inmate Robbins escorted from segregation to my office. Inmate Robbins was interviewed by Dr. Sloan and I. Inmate Robbins reported he was beaten, burned with hot/scalding water, tied up with his hands behind his back and that his feet were also bound, that gang members tried to rape him anally with a broom handle but he did not believe they were able to do so and then just resorted to beating him with the broom handle. He stated he blacked out several times but not for long periods of time and that is why he is relatively sure he was not raped with the broom handle. He denied being penetrated with any other objects either anally or orally. He refused to name the perpetrators but acknowledged they were gang members. He stated he did not want to be

INITIALS OF PERSON MAKING STATEMENT
MSR

PAGE 1 OF 2 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF __ TAKEN AT ___ DATED ___CONTINUED."
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

2/15/96)

ATTACHMENT 3
SOP IIB05-000I

# WITNESS STATEMENT

| PLACE | | DATE | TIME | FILE NUMBER |
|---|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME | | SOCIAL SECURITY ACCOUNT NO. | | STATE SERIAL NUMBER |

INSTITUTION OR ADDRESS
Baldwin State Prison

## SWORN STATEMENT

I, _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate does not want to make a
Statement. He refused on 9-12-12 @ 1145
hrs.

He also does not want to talk to security.
transcribed by Dr. Steve Sloan
Marcasise Robbins

INITIALS OF PERSON MAKING STATEMENT

PAGE 1 OF _____ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED."
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND
BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL
BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)
ATTACHMENT 3
SOP IIB05-0001
(1/1/96)

STATEMENT CONTINUED

interviewed by security regarding this matter. Inmate Robbins is already housed in a single cell in segregation for his safety. Dr. Sloan is to complete the sexual allegation evaluation.

## AFFIDAVIT

I, Melissa S. Register HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE  2  . I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME.  THE STATEMENT IS TRUE.  I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.  I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20___

_____        _____
(Signature of Person Administering Oath)

INSTITUTION OR ADDRESS:

_____        _____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

_____        _____
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT
MSR                                    PAGE  2  OF  2  PAGES

*GEORGIA DEPARTMENT OF CORRECTIONS*

*MH/MR PROGRESS NOTE*

Facility: BSP

Name: *Marquese Robbin*

ID#: B 100843667

Date: 9-13-12

Race: B   Sex: M

**I. Data:** Purpose: [X] Individual Counseling Session [ ] Evaluation [ ] Rounds [ ] Crisis
[ ] Other:_____

Chief Compliant: *depression*

Target Symptom(s) from Treatment Plan addressed in this contact: *depression*

Attitude: *fair* Hygiene: *good* Orientation: X4 Suicide Ideation: *denies*

Judgement: *fair* Mood: *depressed* Affect: *ccf* Homicidal Ideation: *denies*

Thought Processes and Content: *Clear / coherent*

Description of session (include discussion of abnormal findings): *Thoughts of*
*sexual assault still dominate his*
*memory everyday. We started talking*
*about techniques to diminish nightmares*

Interventions: *active listening*

**II. Assessment:** Problem/Target Symptoms [ ] Worse [ ] Unchanged [ ] Improved [ ] Eliminated

Diagnosis: *adj. DO & depress* Unchanged/Changed as of:_____
                                                    (circle)                        (date)

Comments: *Stable but discomfort*

**III. Plan:** (present the plans in terms of the problems): *see on weekly basis*

Next Appointment: *1 w/c*                    Page 1 of 1 [ ] Attachment

_____                    DR STEVE SPAN
(Signature/Title)                            (Printed/Typed Name)

Form M20-02-02   Revised 6/05
Original: Section 1, Clinical File

GEORGIA DEPARTMENT OF CORRECTIONS
MH/MR SERVICES
ISOLATION/SECREGATION ROUNDS

NAME: *Marquese Robbins*
GDC#: *1000413667*
DOB: *3-2-83*
RACE: *B*    SEX: Male
FACILITY: BALDWIN STATE PRISON

48 HOUR/WEEKLY
(Circle)

DATE: *9 1?12*

**DATA:**     Date inmate was placed in Isolation/Segregation: *5-6-12*
(circle)

Reason for Isolation/Segregation placement:
Chief Complaints: *non*   *MH*

Inmate MSE findings: (comment on pertinent findings)
☐ Psychosis: *non*
☐ Depression: *non*
☐ Self-Injurious Thoughts: *denies*
☐ Suicidal Intent: *denies*
☐ Aggression: *non*
☐ Situational Upset: *non*
☒ MSE within normal range (no problems)

**ASSESSMENT:**   Are there any contra-indications to lock-down?   ☐ YES   ☒ NO

Comments:   Continue to monitor.

**PLAN:**     As long as the inmate/probationer remains in Isolation or Segregation will monitor
weekly for contra-indication to lock-down and the need for further services.

*[signature]* MHC

Signature                          Title

This is to be done:
- Within two (2) working days of a mental health inmate being placed in isolation/segregation.
- Weekly on ALL mental health inmates in isolation/segregation.

*GEORGIA DEPARTMENT OF CORRECTIONS*

*MH/MR PROGRESS NOTE*

Facility: _BSC_

Name: _Marquse Robbins_

ID#: _1000 413667_

Date: _10-18-12_

Race: _B_    Sex: _M_

**I.  Data:** Purpose: [✓] Individual Counseling Session  [ ] Evaluation  [ ] Rounds  [ ] Crisis
[ ] Other: _____

Chief Compliant: _fear_

Target Symptom(s) from Treatment Plan addressed in this contact: _paranoia_

Attitude: _fair_ Hygiene: _fair_ Orientation: _x 4_  Suicide Ideation: _denies_

Judgement: _fair_ Mood _Subdued_ Affect: _Cong_ Homicidal Ideation: _clear_

Thought Processes and Content: _clear / coherent_

Description of session (include discussion of abnormal findings): _Inmate continues to have flashbacks re: sexual assault. He says they are less frequent. He was put on new med which seems to be helping. He reports med compliant_

Interventions: _active listening_

**II.  Assessment:** Problem/Target Symptoms [ ] Worse [ ] Unchanged [ ] Improved [ ] Eliminated

Diagnosis: _AD S d/o, Psy. S/AXS_ Unchanged/Changed as of: _____
(circle)                                   (date)

Comments: _appear stable_

**III. Plan:** (present the plans in terms of the problems): _continue to see as needed_

Next Appointment: _1 month_                Page _1_ of _1_  [ ] Attachment

_[signature]_
(Signature/Title)

_DR STEVE SIAN_
(Printed/Typed Name)

Form  M20-02-02      Revised 6/05
Original:  Section 1, Clinical File

GEORGIA DEPARTMENT OF CORRECTIONS
MH/MR SERVICES
ISOLATION/SECREGATION ROUNDS

NAME: _Morgan Robins_
GDC#: _1008413667_
DOB: _3-2-83_
RACE: _B_   SEX: Male
FACILITY: BALDWIN STATE PRISON

48 HOUR/WEEKLY
(Circle)

DATE: _10-9-12_

**DATA:** Date inmate was placed in Isolation/Segregation: _9-6-12_
(circle)

Reason for Isolation/Segregation placement:
Chief Complaints: _None_    _Pres_

Inmate MSE findings: (comment on pertinent findings)
- ☐ Psychosis: _None_
- ☐ Depression: _None_
- ☐ Self-Injurious Thoughts: _denies_
- ☐ Suicidal Intent: _denies_
- ☐ Aggression: _None_
- ☐ Situational Upset: _None_
- ☑ MSE within normal range (no problems)

**ASSESSMENT:** Are there any contra-indications to lock-down? ☐ YES ☒ NO

Comments: Continue to monitor.

**PLAN:** As long as the inmate/probationer remains in Isolation or Segregation will monitor weekly for contra-indication to lock-down and the need for further services.

_Stephen L Sloan PhD_
Signature

MH/MR Counselor, Sr.
Title

This is to be done:
- Within two (2) working days of a mental health inmate being placed in isolation/segregation.
- Weekly on ALL mental health inmates in isolation/segregation.

Form M40-01-03 Revised 12/04
Distribution: Clinical file, section one

Page 1 of 1

GEORGIA DEPARTMENT OF CORRECTIONS
MH/MR SERVICES
CONSENT TO MH/MR EVALUATION OR TREATMENT

Institution: _____

Name: _____

ID #: _____

DOB: _____

Race: _____     Sex: _____

It is important that you know the limits of confidentiality regarding mental health information that is maintained in your medical and mental health records. Information disclosed by you, as a patient to a mental health care provider, will be treated with sensitivity and recognition of your right to privacy. However, there are certain circumstances where confidentiality between you as the patient and the mental health care provider is limited. I will not divulge anything you tell me without your permission unless I believe that I am bound to do so by professional ethics, procedures of the Department and/or law. Also, access to information in your medical mental health record may be permitted by law, departmental procedures, judicial proceedings, accreditation review, professional audits, or when authorized by you. We will strive to safeguard information obtained from you and ensure that only authorized sources have access to it.

If you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff will advise other institutional staff of such danger. In order to protect your well being and that of others. Furthermore, Mental Health staff that become aware that an inmate/probationer housed by GDC may have been subjected to sexual abuse, sexual contact or sexual harassment must immediately notify (must tell policy) the Warden/Superintendent of his/her designee.

If you have any questions about the limits of confidentiality, please ask us for clarification.

Your signature below indicates that you have read this statement, or it was read to you, that you understand the limits of confidentiality within the Department of Corrections and that you agree to receive mental health services.

A copy of this form will be given to you after you have signed it.

_Montralle M McGhee_ _____     _4/12/12_
Inmate/Probationer Name                             Date

_[signature]_ _____     _9. 12 .12_
Staff Signature/Title                                Date

GEORGIA DEPARTMENT OF CORRECTIONS
MH/MR SEXUAL ALLEGATION
FOLLOW-UP REPORT

INSTITUTION: _____

NAME: _Marquis Phillips_

GDC #: _1000 413587_

DOB: _3.2.93_

RACE: _B_   SEX: _M_

This inmate was involved with a sexual allegation on _9-1-12_ (date).

The allegation was _found_ _to exist_

Signature/Title: _____ Date: _9-13-12_

CONFIDENTIAL

MSS-01-03 Revised Dec 2004
Original: Medical record (sec 6), Copy 1: Mental Health record (sec 4)

Page 1 of 1

GEORGIA DEPARTMENT OF CORRECTIONS

MH/MR INITIAL SEXUAL ALLEGATION

EVALUATION

INSTITUTION: _____

NAME: _____

ID#: _____

DOB: _____

RACE: _____ SEX: _____

Specially Trained Counselor's Name/Title _____

Relevant Background Information:

1. Correctional History: _1st offense Voluntary Manslaughter_
_MRR 2033_

2. Medical: _none_

3. Mental Health History: _none_

4. Prior Victimization/Experiences: _none_

Progress Note: (Do NOT discuss the truth or falsehood of the allegation.)

1. Data: (Identify nature of allegation, behavioral observations, and clinical signs or symptoms of emotional trauma.)

_Inmate has dark flashbacks from The sexual_
_& physical assault. He is very resistant to_
_returning to population. He has a poor appetite_
_and sleeps very poorly to not currently. The_
_inmate appears depressed and in a constant_
_state of fear._