IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | :   No. 5:13-CV-348 (CAR) |
| SHEILA OUBRE, KEITH CARTER, | : |
| A. DAVIS, and SABRENA GRANT, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 6]. Therein, the Magistrate Judge recommends that Defendant Sabrena Grant be dismissed without prejudice from this action. Furthermore, to the extent Plaintiff Marquise Robbins attempts to add Robert Dennis as a co-plaintiff, the Magistrate Judge concludes that adding Dennis as a Plaintiff would be inappropriate in this case. Plaintiff Robbins has not entered an objection to the Recommendation. Upon review of the record, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 6] is **ADOPTED and MADE THE ORDER OF THE COURT**. Defendant Sabrena Grant is hereby **DISMISSED without prejudice** as a party in this case.

**SO ORDERED,** this 18 day of November, 2013.

S/  C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

ADP/bbp