EXHIBIT 1

**Production 8:** Any and all records, reports, investigations, and documents of the shakedown's, searche's, and seizure's of illegal contraband confiscated from November 2011 to September 2012.

**Response:** After further inquiry, no documents responsive to Plaintiff's request exist. Defendant Oubre produces a copy of SOP IIB01-0010, bates stamped 108 to 112, indicating that retention of contraband logs are required to be maintained for a one-year period of time. Thus, any logs that may have been responsive to Plaintiff's request were destroyed on or before September 2013.

**Production 10:** Any and all documentation, and investigations of inmate assault's resulting in hospitalization from April 2011 to September 2012.

**Response:** Defendant Oubre supplements her previous response to include a report of inmate on inmate assaults which occurred at Baldwin State Prison between the dated of April 2011 and September 2012, bates stamped 100 to 107.

## AS TO DEFENDANT CARTER

None at this time

## AS TO DEFENDANT DAVIS

**Production 5:** Any and all reports, or documentations of inmate assaults, as to what those reports, or documentations actually mean.

**Response:** Defendant Davis supplements his response to include those documents contained in Defendant Oubre's response to Production 10 above.