Dear Clerk,

Please forward all legal correspondence of Case No 5:13-CV-348-CAR-CHW AND 5:14-CV-134-MTT-MSH to the address below.

Sincerely,
Marquise Robbins

New Address:
Marquise Robbins #1000413667
Valdosta State Prison
P.O. Box # 310
Valdosta, GA 31603

RECEIVED CLERK'S OFFICE 2015 JAN -5 AM 8:39 U.S. DISTRICT COURT MIDDLE DIST. OF GEORGIA MACON, GEORGIA